IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  22–5–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES ROHN ANGEL, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 34.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

James Rohn Angel is charged with one count of distribution of a counterfeit substance, in violation of 21 U.S.C. § 841(a)(2).  (Doc. 28.)  Judge DeSoto recommends that this Court accept Mr. Angel's guilty plea as to the Superseding Information after he appeared before her pursuant to Federal Rule of Criminal

1

Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and

Recommendation and adopts them in full, including the recommendation to defer

acceptance of the Plea Agreement until sentencing when the Court will have

reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 34) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Angel's motion to change plea (Doc.

24) is GRANTED.

IT IS FURTHER ORDERED that James Rohn Angel is adjudged guilty as

charged in the Superseding Information.

DATED this 8th day of June, 2022.

Dana L. Christensen, District Judge
United States District Court